IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DWIGHT PERRY,                )
                             )
         Petitioner,         )
                             )
vs                           )   CIVIL ACTION NO. 98-AR-1557-S
                             )
WARDEN ROY HIGHTOWER, et al, )
                             )
         Respondent(s).      )

FILED
SEP 30 1999

ENTERED
SEP 30 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 30th day of September, 1999.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE